**Thomas A. CORKEN, Bankrupt, Appellant, v. Lula W. STAPLES.**

No. 10329.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1935.

R. M. Sheppard, of St. Joseph, Mo., for appellant.

Marshall E. Ford and George P. Wright, both of Maryville, Mo., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee.